IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Vanessa Niekamp | ) |
|     Plaintiff, | ) CASE NO. 2:18-cv-00100 – ALM-EPD |
| -vs- | ) Judge Algenon L. Marbley |
| Ohio Board of Embalmers & Funeral Directors | ) Order on Stipulated Motion to Remove Exhibits From the Public Record and for Leave to File Exhibits Under Seal |
|     -and- | ) |
| Thomas Taneff, individually and in his official capacity as a Member of the Ohio Board of Embalmers & Funeral Directors | ) |
|     Defendants. | ) |

Upon consideration of Plaintiff's stipulated motion to remove exhibits from the public record and for leave to file exhibits under seal, for good cause show, the order is GRANTED. IT IS HEREBY ORDERED THAT:

1. The Clerk of Courts shall remove Exhibits 11, 14, and 22 to Plaintiff's Complaint from the docket.

2. Plaintiff is granted leave to file an amended complaint no later than March 23, 2018.

3. Plaintiff is granted leave to file exhibits under seal.

                                                UNITED STATES MAGISTRATE JUDGE