**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

VANESSA NIEKAMP,

                Plaintiff,

      -vs-

OHIO BOARD OF EMBALMERS
AND FUNERAL DIRECTORS,

             Defendant.

Case No. 2:18-CV-00100

JUDGE GRAHAM

MAGISTRATE JUDGE VASCURA

## STIPULATION FOR EXTENSION OF TIME

Pursuant to Southern District Ohio Civ. R. 6.1, Plaintiff and Defendant in the within case hereby stipulate that Defendant Ohio Board of Embalmers and Funeral Directors' time for filing an answer or response to Plaintiff's Amended Complaint be extended twenty-one days (21) days. Counsel for Defendant has contacted counsel for Plaintiff and obtained her consent to this stipulation. The present due date is April 10, 2018.  Plaintiff and Defendant agree that Defendant Ohio Board of Embalmers and Funeral Directors' answer or response is now due on or before May 1, 2018.  No prior stipulations to move or plead have been entered into between the parties.

             Respectfully Submitted,

             MICHAEL R. DEWINE (Ohio Bar No. 0009181)
             Attorney General of Ohio

             */s/ Drew C. Piersall*

             Drew C. Piersall (Ohio Bar No. 0078085)
                dcp@zrlaw.com
             Zashin & Rich Co., L.P.A.
             17 South High Street, Suite 900
             Columbus, Ohio 43215
             Telephone: (614) 224-4411
             Facsimile: (614) 224-4433

*Attorney for Defendant,*
*Ohio Board of Embalmers and Funeral Directors*

<u>**CERTIFICATE OF SERVICE**</u>

This will certify that the foregoing *Stipulation for Extension of Time* was filed electronically on April 9, 2018.  All parties and counsel will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

*/s/ Drew C. Piersall*

Drew C. Piersall (Ohio Bar No. 0078085)
Zashin & Rich Co., L.P.A.

-2-